FILED

2010 JAN -8 AM 9:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO N. RAMOS, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>JANET A. NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | Civil No. 09cv2428BEN(BLM)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE DATE FOR FILING RESPONSE TO COMPLAINT<br><br>[Docket No. 4] |

Having considered the parties' Joint Motion to Continue Date for Filing Response to Complaint (the "Motion"), and good cause appearing therefor, the Court hereby **GRANTS** the Motion. The deadline for Defendant's response to Plaintiff's Complaint is extended from January 4, 2010 until and including January 18, 2010.

**IT IS SO ORDERED.**

Dated: January 07, 2010

_____
Honorable Roger T. Benitez
United States District Judge

09cv2428